IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
C.A. No. 5:13-cv-544-D

| | |
|---|---|
| BURHAN AHMED,                                        )| |
|                       Plaintiff,   )| |
| )| |
| vs.                                                                )| |
| )| ORDER |
| DEPARTMENT STORES NATIONAL   )| |
| BANK d/b/a MACY's and d/b/a            )| |
| DSNB/MACY's, HSBC BANK NEVADA )| |
| N.A., CAPITAL ONE BANK (USA),          )| |
| N.A., and TRANS UNION, LLC.              )| |
|                      Defendants.   )| |
| )| |

THIS CAUSE was heard by the undersigned judge on joint motion of Plaintiff Burhan Ahmed and Defendant Department Stores National Bank ("DSNB"), Plaintiff having accepted DSNB's Offer of Judgment [Dkt. #30], and both Plaintiff and DSNB having stipulated that DSNB consents to an Order that it pay Plaintiff's attorney's fees in the amount of five-thousand, eight-hundred and thirty-one dollars and twenty-five cents ($5,831.25), and costs in the amount of two-hundred eighty-two dollars ($282.00) in connection with Plaintiff's claims against DSNB (Causes of Action One, Two, and Three of his Complaint [Dkt. #1]) under N.C.G.S. § 75-16 and the Fair Credit Reporting Act (15 U.S.C. §§ 1681n-o).

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Plaintiff have and recover of the Defendant DSNB attorney's fees in the amount of $5,831.25, and costs in the amount of $282.00 in connection with Plaintiff's claims against DSNB under

N.C.G.S. § 75-16 and the Fair Credit Reporting Act (15 U.S.C. §§ 1681n-o).

SO ORDERED. This **18** day of November 2013.

*James Dever*
JAMES C. DEVER III
Chief United States District Judge