# United States District Court
## EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

| | |
|---|---|
| BURHAN AHMED, )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>DEPARTMENT STORES NATIONAL BANK )<br>doing business as Macy's doing business as )<br>DSNB/Macy's, HSBC BANK NEVADA, N.A., )<br>CAPITAL ONE BANK (USA), N.A. and )<br>TRANS UNION, LLC, )<br>)<br>   Defendants. ) | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:13-CV-544-D** |

**Decision by the Court:**

  IT IS ORDERED AND ADJUDGED that Judgment is hereby entered against Defendant Department Stores National Bank, doing business as Macy's doing business as DSNB/Macy's (DSNB) in the amount of $15,000.00.

  **THE ABOVE JUDGMENT WAS ENTERED TODAY**, **NOVEMBER 26, 2013** WITH A COPY TO:

Suzanne Begnoche (via CM/ECF Notice of Electronic Filing)
Paul H. Derrick (via CM/ECF Notice of Electronic Filing)
Ronald A. Charlot (via CM/ECF Notice of Electronic Filing)
Amanda P. Loughmiller (via CM/ECF Notice of Electronic Filing)
Joseph W. Williford (via CM/ECF Notice of Electronic Filing)

| | |
|---|---|
| <u>November 26, 2013</u><br>Date | JULIE A. RICHARDS, Clerk<br>Eastern District of North Carolina<br><br><u>/s/ Debby Sawyer    </u><br>(By) Deputy Clerk |

Raleigh, North Carolina