IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
C.A. No. 5:13-cv-544-D

BURHAN AHMED,
    Plaintiff,

vs.

DEPARTMENT STORES NATIONAL
BANK d/b/a MACY's and d/b/a
DSNB/MACY's, HSBC BANK NEVADA
N.A., CAPITAL ONE BANK (USA),
N.A., and TRANS UNION, LLC.
    Defendants.

JUDGMENT
[Fed. R. Civ. P. 68(a)]

Pursuant to Rule 68(a) of the Federal Rules of Civil Procedure, judgment is hereby entered against Defendant TRANS UNION, LLC, and in favor of Plaintiff in the amount of $20,000.00.

THIS the __24__ day of January, 2014.

JAMES C. DEVER III
Chief United States District Judge

1